ADAM BERNHARD, Respondent, *v.* THE CITY OF ROCHESTER Appellant.

*Bernhard* v. *City of Rochester,* 127 App. Div. 875, affirmed.
(Argued January 18, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 30, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover damages to plaintiff's premises alleged to have been caused by lowering the grade of a street.

*W. W. Webb, Corporation Counsel (Edward Harris, Jr.,* of counsel), for appellant.

*George D. Forsyth* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.